**Appeal Dismissed and Memorandum Opinion filed December 14, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00523-CV

---

### BARMY, L.L.C., Appellant

### V.

### ALDINE I.S.D., Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2019-14459**

---

### MEMORANDUM OPINION

The trial court clerk informed this court that the final judgment signed June 17, 2021, was set aside and a new trial granted. Accordingly, there is no final judgment, and we lack jurisdiction over this appeal. On October 20, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating

grounds for continuing the appeal on or before November 10, 2021. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.